**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL FLORES-ESCALERA,
a.k.a CUAHTEMOC AGUIRRE-MAXIMILIANO and
MARCO MONDRAGON-BELMONTES,

    Defendants.

Case No: 2:12-cr-433-PMP-GWF-2

**ORDER GRANTING DEFENDANT MARCO MONDRAGON-BELMONTES' UNOPPOSED MOTION TO PREPARE A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER**

**ORDER**

    IT IS HEREBY ORDERED that the Probation Department prepare a Pre-Sentence Investigation Report on Defendant Mondragon-Belmontes determining his criminal history category and make it available to counsel within 21 days from the date of this Order.

    DATED this _2nd day of January, 2013.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE